## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **TOLLIE D. MOORE,** | ) | |
| Plaintiff, | ) | Case No. 2:12CV00021 |
| v. | ) | **JUDGMENT** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | By:  James P. Jones<br>United States District Judge |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed October 8, 2013, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: October 28, 2013

/s/ James P. Jones
United States District Judge